ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2022 OCT -5 PM 1:19

DEPUTY CLERK  MS

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. |
| GEORGE HENRY PURDY, III (01) | 4:22-cr-302-P |

### INDICTMENT

The Grand Jury Charges:

#### Count One
Possession of a Firearm by a Convicted Felon
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about July 30, 2022, in the Fort Worth Division of the Northern District of Texas, the defendant, **George Henry Purdy, III**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following firearm: a Stallard Arms (HiPoint), model JS, 9 mm caliber pistol, bearing serial number 072361; and the firearm traveled in and affected interstate or foreign commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Indictment – Page 1

Forfeiture Notice

(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in Count One of this Indictment and pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the defendant, **Purdy**, shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including, but not limited to, the following:

(1) A Stallard Arms (HiPoint), model JS, 9 mm caliber pistol, bearing serial number 072361.

A TRUE BILL.

FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

GEORGE HENRY PURDY, III (01)

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Possession of a Firearm by a Convicted Felon
Count 1

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

A true bill rendered

_____   _____
DALLAS                                                           FOREPERSON

Filed in open court this 5th day of August, 2022.

**Warrant to Issue – In State Custody**

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:   4:22-MJ-770-BP

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

GEORGE HENRY PURDY, III (01)

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Possession of a Firearm by a Convicted Felon
Count 1

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

A true bill rendered

_____    _____
DALLAS                                                              FOREPERSON

Filed in open court this 10th day of August, 2022.

**Warrant to Issue – In State Custody**

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:22-MJ-770-BP